**Dorothy JAVIER, Plaintiff–Appellant,**

v.

**COUNTRYWIDE KB HOME LOANS; et al., Defendants–Appellees.**

**No. 10–17398.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 25, 2012.

Dorothy Javier, pro se.

Diana Erb, Akerman Senterfitt LLP, Daniel F. Polsenberg, Lewis and Roca LLP, Las Vegas, NV, for Defendants–Appellees.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Dorothy Javier appeals pro se from the district court's judgment in her action arising out of foreclosure proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's order denying a motion to reconsider. *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir.1993). We affirm.

The district court did not abuse its discretion by denying Javier's motion to reconsider because Javier failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other basis for relief from judgment. *See* Fed.R.Civ.P. 60(b); *Sch. Dist. No. 1J, Multnomah Cnty., Or.,* 5 F.3d at 1263.

Contrary to Javier's contention, the district court had subject matter jurisdiction over her claims arising under federal statutes and thus removal was proper. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).